Tina WORLEY, Claimant/Respondent,

v.

**AMERICAN HOME CARE MANAGEMENT, Employer/Appellant,**

and

**Missouri Retailers Insurance Trust c/o Claims Management of Missouri, LLC, Insurer/Appellant.**

No. ED 104410

Missouri Court of Appeals, Eastern District.

FILED: December 20, 2016

Matthew W. Murphy, Zachary J. Kluesner (co-counsel), Columbia, Missouri, for Appellant.

Dan Rau, Cape Girardeau, Missouri, for Respondent.

Before Angela T. Quigless, P.J., Robert G. Dowd, Jr., J., and Lisa Van Amburg, J.

## ORDER

PER CURIAM

Appellants American Home Care Management and Missouri Retailers Insurance Trust c/o Claims Management of Missouri, LLC, appeal the decision of the Labor and Industrial Relations Commission awarding Respondent/Claimant Tina Worley permanent total disability benefits. We affirm.

We have reviewed the briefs of the parties and the record on appeal and find no error of law. No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment of the trial court is affirmed in accordance with Rule 84.16(b).